1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar #13644
3  SUPRIYA PRASAD
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  Phone: (702) 388-6336
   Supriya.Prasad@usdoj.gov
6  *Representing the United States of America*

```
          FILED          RECEIVED
          ENTERED        SERVED ON
          COUNSEL/PARTIES OF RECORD

              MAY 05 2020

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
   BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　vs

KENNETH JAMES ROBISON,

　　　　Defendant.

Case No. 2:20-mj- 00356-EJY

**Criminal Complaint**

**Count One**: *Distribution of Child Pornography*, 18 U.S.C. § 2252A(a)(2) and (b)(1)

　　　　BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being first duly sworn, deposes and states:

<u>COUNT ONE</u>

*Distribution of Child Pornography*

　　　　Beginning on a date unknown, and continuing to on or about April 9, 2020, in the District of Nevada,

**KENNETH JAMES ROBISON,**

defendant herein, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), and material containing child pornography, that had been mailed, shipped and transported in and affecting interstate and foreign commerce by a means

1

that included by computer, and that had been shipped and transported using a means and facility of interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1)

## PROBABLE CAUSE AFFIDAVIT

Complainant, Anne M. Kempf, as a Special Agent with the Federal Bureau of Investigation, states the following as and for probable cause:

1. I am currently assigned as a Special Agent with the Federal Bureau of Investigation (FBI) in the Las Vegas Division and assigned to investigate Internet Crimes Against Children (ICAC). I have been a Special Agent with the FBI since March of 2017. I have received training in the field of child pornography, internet crimes against children, and interview and interrogation. I am a member of the FBI's Child Exploitation Task Force (CETF).

2. This Affidavit is made in support of a complaint charging KENNETH JAMES ROBISON with violations of 18 U.S.C. § 2252A(a)(2) which makes it illegal to distribute child pornography.

3. The statements contained in this affidavit are based on an FBI and North Las Vegas Police Department (NLVPD) investigation with which I have been personally involved and also includes information obtained from other law enforcement officials involved in the investigation. I have not included each and every fact known to me, but rather have included information establishing probable cause.

## BACKGROUND INFOMRATION

4. Kik is an Internet Service Provider, pursuant to 42 U.S.C. § 13032. Kik is a free-access social-networking application owned by the company Medialab.ai Inc. and is available

free of charge on iOS and Android operating systems. Through Kik, users can send messages, images, and videos to each other.

5. Kik users have two methods by which they can send images to other Kik users: via the DCIM folder of their device or by capturing an image within the application. When a photo is taken within the application, the word "camera" appears under the image.

## FACTS ESTABLISHING PROBABLE CAUSE

6. On April 5, 2020, an FBI Online Covert Employee (OCE) joined a Kik chat group that indicated its members were interested in child pornography. After joining, the OCE was contacted by a user with the username "helpme1986". User "helpme1986" and the OCE discussed "helpme1986" wanting to have sex with the OCE's fictional 11-year-old daughter. Between April 5, 2020, and April 9, 2020, and during the course of this conversation, "helpme1986" sent the OCE multiple unsolicited images of child pornography. A sample of these images are described below:[1]

| NAME: | 7dac1547-2a1d-45e7-a22a-a7311a4bbddb |
|---|---|
| DESCRIPTION: | A young female is seen on her back on a bed with her vagina exposed to the viewer. She is using her own hands to more fully open and expose her vagina to the viewer. Her face is partially captured in the image. Based on the child's size in relation to items in the background, a lack of pubic hair, and a lack of fatty tissue around the breasts, the child is believed to be approximately 4-6 years old. |
| NAME: | 80074148-9f7f-4a68-8dcf-22af2e774482 |
| DESCRIPTION: | A young female is seen bent over and exposing her vagina and anus to the viewer. She is bent over in a manner wherein her face is fully visible to the camera. She is using her own hand to more fully open and expose her vagina. Based on the child's size, a lack of |

---

[1] Undersigned has presented the images described in this affidavit. The Magistrate Judge has reviewed those images as part of its probable cause determination. The images will be maintained by the case agent during the pendency of this case pursuant to 18 U.S.C. § 3509(m).

3

pubic hair, and a lack of fatty tissue around the breasts, the child is believed to be approximately 3-5 years old.

7. On April 9, 2020, "helpme1986" stated he had children and sent the OCE a picture of a female child's vagina and stated it was his daughter's. He also sent the OCE non-pornographic pictures of his face and of him with his children. Some of the images sent by "helpme1986" included the word "camera" underneath, indicating the user took the picture within the Kik application during the chat.

8. The pictures of his face, along with other information he provided such as first name, age, and location, allowed investigators to identify "helpme1986" as KENNETH JAMES ROBISON of North Las Vegas, Nevada. A subpoena to Kik for the user "helpme1986" returned information that the user listed his name as "Kenny." A review of ROBISON's public and open social media accounts, such as Facebook, provided additional information and photos. Those photos were compared to ROBISON's Driver's License photo, and they matched both his Driver's License and his Kik profile photo. A review of law enforcement records listed a North Las Vegas location as the residence of ROBISON. A check of Clark County School District records revealed three children resided at the same address and listed ROBISON as their father.

9. On April 9, 2020, a state telephonic search warrant was obtained from North Las Vegas Justice Court Judge Lee for ROBISON's residence. The scope of the warrant was to seize electronic devices within the residence or on ROBISON. During the execution of this warrant, an Apple iPhone 11 was seized from ROBISON.

10. On the same day, ROBISON gave a voluntary statement to North Las Vegas Police Department Detective Mark Hoyt and FBI Special Agent Grahm Coder. Although ROBISON was not under arrest at the time of his interview, he was nevertheless read his Miranda rights and acknowledged he understood them. He stated he had a Kik account with

the username "helpme1986" and provided the password to the account. He said that he frequently deletes the application in order to prevent being caught communicating with other women by his girlfriend. ROBISON stated every time he reinstalled the application and logged in, his content and photos would sync to his device. ROBISON admitted to sending and receiving child pornography with other Kik users. ROBISON specifically admitted to having a conversation with another Kik user about having sex with that user's 11-year-old daughter and sending that user "kid pornography." ROBISON also admitted to taking pictures of clothed minor children, including a photograph of a clothed minor child with ROBISON's hand touching the minor child's clothed pubic region, and sending those over Kik but denied taking any photographs of nude minor children. ROBISON admitted he sent a photograph of a child's exposed vagina to another user claiming it was his daughter, but it was not. ROBISON was then arrested and has remained in state custody.

## CONCLUSION

11. Based on my training, experience, and the totality of the facts related, I submit that there is probable cause to believe that KENNETH JAMES ROBISON, defendant herein, has committed *Distribution of Child Pornography*, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

_____
Anne M. Kempf
Special Agent
Las Vegas Division – FBI

Subscribed and sworn to before me this 5 day of May 2020.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

5